IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| RAY W. BARNUM and BARBARA T. BARNUM, | ) ) ) | |
| Plaintiffs, | ) ) | TC-MD 140112C |
| v. | ) ) | |
| DESCHUTES COUNTY ASSESSOR, | ) ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL** |

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal entered September 5, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR-MD 19.

This matter is before the court on Plaintiffs' letter filed August 25, 2014, stating that they wish to withdraw their Complaint. The court has not received a response from Defendant to Plaintiffs' letter. Under these circumstances, the court concludes that Plaintiff's Complaint should be dismissed. Now, therefore,

IT IS THE DECISION OF THE COURT that this matter be dismissed.

Dated this ＿＿ day of September 2014.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Final Decision or this Final Decision cannot be changed.*

*This document was signed by Magistrate Dan Robinson on September 22, 2014. The court filed and entered this document on September 22, 2014.*